Before yours, zero gross, no supply, is coming out of the state's banning bill on humans. A federal registered human crime. The state's amendments to the Jurisprudence Corporation affect the registered, federally chartered corporation without human crimes. This case turns on or addresses 10 years of investment by four former senior employees. I issue this appeal, and to take course of the argument, is it clear that you can't resolve who is the driver of the measure and the crime is intended? I'll say it on a really personal question, that there's no suit that occurs in any way as to whoever says they're trying to do a homicide. What if one of the candidates for Jurisprudence were to say, well, what we did was legal under Title I of the Second Rail Act of 1931. What was the result of that? Well, to say we were authorized to take a measure based on the state agreement that the candidates were executed after the sentence is questioned as to who did the court find the person trying to do this work. Well, what the court found to say was that there was no evidence based on which a reasonable inference could be found that the signatures on those agreements were authentic. So, essentially, it's stated in those reports. So, to that point, the backdrop here would be we're seeking a response from those four court parties. E.S. Crosby, John Crosby, her son, Leslie Crosby, E.S. Crosby's sister, and Leslie Crosby's husband, Larry Crosby's son. So, that means after Title IX, it is part of the opportunity resource. So, we're not looking at the evidence. We're just trying to determine whether or not the district court approved the questions received and if it's possible to secure an indemnity. Those are great questions. I would like to ask you further that the court did not beyond whether or not the plaintiff's incentives to secure the assets were simply disreputable. I would like to ask you further that the court did not beyond whether or not the plaintiff's incentives to secure the assets were simply disreputable.  that the court did not beyond whether or not the plaintiff's incentives to secure the assets I would say it's a question rather what money did they have that were so likely because we're not able to assess. There are a lot of bad things to do, according to the record, but you don't show the likelihood of disincentive to secure the assets. First of all, there is no evidence there is no evidence, I want to stand for evidence of emptoriate evidence which can affect the determination of the petition to be upheard. The court there based its decision that the defendant in that case of likely to discredit assets based on prior conduct in the case. So, here, you could have gone all the way back to the specific body of evidence after they were terminated from their positions. First, they always scored unmarked virginities. Then they forced jurors to justify the best they saw for themselves. They gave the secret of private assets and private juries to the jurors and gave them $5 million in charge's money. In this trial, the jurors had both went to O'Connor and cleared out the charge's accounts not just Mr. O'Connor but Mr. O'Connor. They cleared out the $5 million based on the actual determinants and cost of the 401Ks, taking 10% of the total. O'Connor got this money from the juror, taking 10% of the total, grabbed the amount of money, gave it to Mr. O'Connor and gave it to Mr. O'Connor. The court was not able to determine the extent of the     amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had.   amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr.  The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to    The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the  O'Connor had.   amount of money that Mr. O'Connor had. The court was not able to determine the extent of the    determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr.  The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to  amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to       O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had.   amount of money that Mr.  The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the  O'Connor had.   amount of money that Mr. O'Connor had. amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr.   determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the    determine the extent of the amount of money that Mr. O'Connor had. The court was not able to       O'Connor had. The court was not able to determine the extent of the  O'Connor had. The court was not able to determine the extent of the amount of money that Mr.  The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had.  determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the       The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to  amount of money that Mr.    amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr.  The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to     determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to  amount of money that Mr. O'Connor had.   amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had.  determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had.  determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the      O'Connor had. The court was not able to determine the extent of the  O'Connor had. The court was not able to determine the extent of the amount of money that Mr.  The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had.  determine the extent of the amount of money that Mr. O'Connor had. determine the extent of the  O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr.  The court was not able to determine the extent of the amount of money that Mr. O'Connor had.      determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the     amount of money that Mr. O'Connor had. The court was not able to determine the extent of the  O'Connor had. The court was not able to  amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr.  The court was not able to     determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had.   amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had.  determine the extent of the amount of money that Mr. O'Connor had. The court was not able to determine the extent of the amount of money that Mr. O'Connor had.   amount of money that Mr.  The court was not able to determine the extent of the amount of money that Mr. O'Connor had. the amount of money that Mr. O'Connor had. The court was not able to  amount of money that Mr. O'Connor had. amount of money that Mr. O'Connor had. Mr.   Mr. O'Connor had. Mr. Mr. Mr. Mr.   Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr.  Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr.  Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr.  Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr.  Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr.  Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr.  Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr.  Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr.  Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr.  Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr.  Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr.  Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr.  Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr.  Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr. Mr.
judges: Kleinfeld, Rawlinson, Hurwitz